UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

IN RE:

MOTORS LIQUIDATION CO., et al., f/k/a
GENERAL MOTORS CORP., et al.,

Debtors.

19-CV-1852 (JMF)

SCHEDULING ORDER

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

Consistent with the Court's comments on the record at the status conference held on March 1, 2019, in *In re General Motors LLC Ignition Switch Litigation*, No. 14-MD-2543, the Economic Loss Plaintiffs in this action (No. 19-CV-1852) shall file their opposition to New GM's "Motion to Withdraw the Reference of Economic Loss Plaintiffs' Rule 23 Motion," *see* Docket No. 1, by **March 22, 2019**. New GM shall file its reply by **March 29, 2019**.

SO ORDERED.

Dated: March 7, 2019
New York, New York

JESSE M. FURMAN
United States District Judge